UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 1:24-mj-00322-JCN |
| ) | |
| JUAN MANUEL CASTRO LOJA, ) | |
| ) | |
| Defendant ) | |

## ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court on October 23, 2024, for an initial appearance on a complaint. The Government filed a motion for detention. (Motion, ECF No. 4.) The Court informed Defendant of his rights to a preliminary hearing and to a hearing on the motion for detention. Defendant requested a preliminary hearing and a hearing on the Government's motion for detention.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on October 30, 2024, at 2:00 p.m. for a preliminary hearing and a hearing on the issue of detention, if necessary, as well as any other matters ordered by this Court.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 23rd day of October, 2024.